ARTHUR A. ROBERTSON, Appellant, v. UNION CUTLERY COMPANY, INC., Respondent.— Motion for reargument denied. Present — Kelly, P. J., Young, Kapper, Lazansky and Hagarty, JJ.

GEORGE SCHEINER, Respondent, v. ROBERT L. DUNBAR, Appellant.— Motion to dismiss appeal granted. Present — Kelly, P. J., Young, Kapper, Lazansky and Hagarty, JJ.

HENRY SCHEINER, Respondent, v. ROBERT L. DUNBAR, Appellant.— Motion to dismiss appeal granted. Present — Kelly, P. J., Young, Kapper, Lazansky and Hagarty, JJ.

MARIE A. SCHER, Respondent, v. GEORGE D. ADAMS, Appellant.— Motions to dismiss appeal from order reviving action in name of executor granted. Motion to strike out that part of notice of appeal referring to said order granted. Present — Kelly, P. J., Manning, Young, Kapper and Hagarty, JJ.

MAX SHUB, Respondent, v. AARON CONSTRUCTION CO., INC., Appellant.— Motion to dismiss appeal denied on condition that appellant perfect the appeal for Monday, May 9, 1927, for which day the case is set down, and be ready for argument when reached; otherwise, motion granted, with ten dollars costs. Present — Kelly, P. J., Young, Kapper, Lazansky and Hagarty, JJ.

ARNOLD SLOMKA and MORRIS CADAN, Copartners, etc., Respondents, v. SAM SIEGELL and Others, Copartners, etc., Appellants. JOHN LINDSAY and Another, Copartners, etc., Respondents.— Motion for stay of retrial granted on condition that within five days from entry of the order herein appellants give an undertaking with corporate surety in the sum of $5,000, conditioned for the payment of any judgment that may be recovered against them in the action; otherwise, motion denied. Present — Kelly, P. J., Young, Kapper, Lazansky and Hagarty, JJ.

FANNIE STAMBLER, Appellant, v. THOMAS J. WALSH, as Receiver of SAMUEL CAVEN, Respondent.— Motion for resettlement of order denied, as it is in accordance with the decision of this court. This is without prejudice to a motion by defendant for a reargument of the appeal, at which the point raised in his affidavits may be presented. Present — Kelly, P. J., Young, Kapper, Lazansky and Hagarty, JJ.

ABRAHAM J. STAUB, Respondent, v. BLANK FEUER CO., INC., a Domestic Corporation, Appellant.— Motion for reargument denied. Motion for leave to appeal to the Court of Appeals denied. Present — Kelly, P. J., Young, Kapper, Lazansky and Hagarty, JJ.

SAMUEL VALENSTEIN, Respondent, v. ALFRED D. MILLER and IRA M. GREENE, Appellants. WILLIAM ZARET, Defendant.— Motion to extend time to serve answer granted. Time extended ten days from entry of order on the appeal. Present — Kelly, P. J., Young, Kapper, Lazansky and Hagarty, JJ.

WARREN TRADING CORPORATION, Respondent, v. KRAGLAN BUILDING CORPORATION and Others, Defendants. GODER INCINERATOR CORPORATION, Appellant.— Motion for reargument denied. Present — Kelly, P. J., Young, Kapper, Lazansky and Hagarty, JJ.

ALBERT M. WIESS, Respondent, v. QUEENS BUS LINES, INC., Appellant.— Motion for reargument of motion to dismiss appeal granted. Motion set down for Monday, May 2, 1927. Present — Kelly, P. J., Young, Kapper, Lazansky and Hagarty, JJ.

RACHEL YEDLIN and YETTA TARTAKOFF, Appellants, v. HARRIS RUBIN and